# Court of Appeals
# of the State of Georgia

ATLANTA,  August 05, 2019

*The Court of Appeals hereby passes the following order:*

**A20A0017. RICO ANTWON CURRY v. THE STATE.**

In 1994, Rico Antwon Curry was convicted of armed robbery and aggravated assault and sentenced to life in prison. This Court affirmed his convictions on direct appeal. *Curry v. State*, 217 Ga. App. 623 (458 SE2d 385) (1995). In May 2019, Curry filed a pro se motion for leave to file an out-of-time appeal.  The trial court denied the motion, and Curry filed this direct appeal.  However, we lack jurisdiction.

"An out-of-time appeal is a judicial creation that serves as the remedy for a frustrated right of appeal." (Citation omitted.) *Kilgore v. State*, 325 Ga. App. 874, 875 (1) (756 SE2d 9) (2014). Because Curry has had a direct appeal, he is not entitled to an out-of-time appeal. See *Richards v. State*, 275 Ga. 190, 191 (563 SE2d 856) (2002) ("[T]here is no right to directly appeal the denial of a motion for out-of- time appeal filed by a criminal defendant whose conviction has been affirmed on direct appeal."). Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/05/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*